Katherine E. Hardie, SBN 238074
Law Offices of Kate Hardie
8484 Wilshire Blvd. Ste. 720
Beverly Hills, CA 90211

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br><br>v.<br><br>Matthew Jason Kroth<br><br>Defendant(s) | **CASE NUMBER**<br><br>2:23-cr-00465<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Matthew Jason Kroth**  ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute **Katherine E. Hardie** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**8484 Wilshire Blvd. Ste 720**
*Street Address*

**Beverly Hills, CA 90211**            **Katehardielaw@gmail.com**
*City, State, Zip*                      *E-Mail Address*

**310 309 0341**       **310 496 0616**       **238074**
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of **Daniel V. Behesnilian**
*List all attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  April 2, 2024                            _____
                                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

# UNITED STATES DISTRICT COURT

Central _____  District of  California _____

|  |  |
|---|---|
| Plaintiff (s),<br>V.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:23-cr-00465 |

Notice is hereby given that, subject to approval by the court, Matthew Jason Kroth substitutes
(Party (s) Name)

Katherine E. Hardie , State Bar No. 238074 as counsel of record in
(Name of New Attorney)

place of Daniel V. Behesnilian .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Kate Hardie
Address: 8484 Wilshire Blvd. Ste 720
Telephone: 310 309 0341      Facsimile 310 496 0616
E-Mail (Optional): Katehardielaw@gmail.com

I consent to the above substitution.
Date: _____
X /s/ Jason Kroth
(Signature of Party (s))

I consent to being substituted.
Date: 1-30-24
/s/ Daniel V. Behesnilian
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-30-24
X /s/ [signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Katherine E. Hardie, ESQ    CA Bar Number: 238074
Firm or agency: Law Offices of Kate Hardie
Address: 8484 Wilshire Blvd #720, Beverly Hills, CA 90211
Telephone Number: (310) 309-0341    Fax Number: (310) 496-0016
E-mail: kate.hardie.law@gmail.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 1-30-24    Signature: /s/
Name: Daniel V. Behesnilian

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 2-2-24    Signature: /s/
Name: Katherine E Hardie

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 1-30-24    Signature: /s/
Name: Jason Kvoth
Title:

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 2 of 2